
FILED
JUL 0 5 2017
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY EUGENE HEICK, <br><br> Defendant. | CR 04–15–BU–DWM–2 <br><br> ORDER |

Defendant Timothy Eugene Heick's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 111.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is not satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 111) is DENIED.

Dated this 5th day of July, 2017.

Donald W. Molloy, District Judge
United States District Court