

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 04–15–BU–DWM–2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TIMOTHY EUGENE HEICK, | |
| Defendant. | |

The United States having moved unopposed to dismiss the revocation petition and vacate the final revocation hearing,

IT IS ORDERED that the United States' motion (Doc. 128) is GRANTED. The March 27, 2018 Petition, (Doc. 116), is DISMISSED and the final revocation hearing set for July 18, 2018, is VACATED.

DATED this 16th day of July, 2018.

Donald W. Molloy, District Judge
United States District Court